| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MICHAEL COSENTINO ESQ, Bar #83253<br>Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501<br>*Telephone No:* 510-523-4702  *FAX No:* 510-747-1640<br>CBLAYLOCK@COSENTINOLAW.COM<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court; Northern District Of California

*Plaintiff:* UNITED STATES OF AMERICA
*Defendant:* JAVIER L. COSIO AKA JAVIER COSIO

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV11 1113 SLM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;ECF REGISTRATION INFORMATION HANDOUT.

3. a. *Party served:*  JAVIER L. COSIO AKA JAVIER COSIO

4. *Address where the party was served:*  12 S. 1ST STREET #411
   San Jose, CA 95113

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 31, 2011 (2) at: 3:45PM

7. *Person Who Served Papers:*
   a. DANIEL HERRERA

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** *for Service was:*  $55.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) *Registration No.:*  1182
      (iii) *County:*  San Francisco



903 Sneath Lane
Suite #227
San Bruno, CA 94066
Phone 650.794.1923
FAX 650.989.4182

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Apr. 01, 2011

   (DANIEL HERRERA)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   **PROOF OF SERVICE**
   **SUMMS IN CIV. ACTION**

   *micos.32457*